In the Matter of the Accounting of WALTER S. EDEL- MEYER, as Executor of and Trustee under the Will of JOHN H. EDELMEYER, Deceased, Respondent.

ADDISON W. EDELMEYER, Appellant.

*Matter of Edelmeyer*, 157 App. Div. 773, affirmed.
(Argued January 5, 1914; decided January 20, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 18, 1913, which modified and affirmed as modified a decree of the New York County Surrogate's Court settling the accounts of the executor and trustee herein.

*Thomas W. Churchill* and *Ernest W. Marlow* for appellant.

*Douglas Nicholson* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS- COCK, CHASE, COLLIN, CUDDEBACK and MILLER, JJ.